UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                   :

ALVIN D. THOMAS,                        :

                     Plaintiff,      :

                                     :              25-CV-6454 (JMF)

       -v-                      :

                                     :                ORDER

DOUBLEDAY PUBLISHING et al.,      :

                                     :

                   Defendants.    :

                                     :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's October 30, 2025 Order, ECF No. 16, Plaintiff was required to file either an amended complaint or an opposition to Defendants' motion to dismiss, ECF No. 12, no later than December 12, 2025. To date, as far as the Court is aware, Plaintiff has not filed either. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 6, 2026**. Defendants shall file their response pursuant to ECF No. 16 no later than **January 20, 2026**. Failure by Plaintiff to file an amended complaint or opposition by the Court's deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: December 22, 2025
       New York, New York                        _____
                                         JESSE M. FURMAN
                                   United States District Judge